

110 EAST 42ND STREET- SUITE 1508
NEW YORK, N.Y.  10017
WWW.SCWINJURYLAW.COM
Tel:   (212) 571-7171
Fax:   (212) 571-7174

ADAM D. CAHN
W. MATTHEW SAKKAS
MITCHEL E. WEISS*
*also admitted to practice in NJ & CT

The Conference scheduled for 12/1/2025 is canceled.  The parties shall show cause by December 5, 2025 why this matter should not be stayed sine die with reports every two months whether the stay may be lifted.
Date: November 26, 2025

Via ECF
Hon. Lewis J. Liman
Daniel Patrick Monihan
United States Courthouse
500 Pearl Street, Room 1620
New York, New York 10007-1312

SO ORDERED.

LEWIS J. LIMAN
United States District Judge

**Re:   JAMES HOLLOWAY V. ANN MARIE REGAN**
**United States District Court, Southern District of New York**
**Civil Action Case No. 1:25-cv-06887-LJL**

Dear Judge Liman:

The parties have a phone conference scheduled for Monday, December 1st at 10 a.m. I am writing this letter seeking to adjourn said conference for a period of time as the Court sees fit, due to an unusual turn of events.

The defendant in this matter (**by adjuster Kathleen Cuevas at Geico**) recently tendered their $250,000 policy to resolve this matter and provided affidavits of no umbrella and no excess coverage. We considered the matter as settled, pending our client's approval.

Unfortunately, in the aftermath of my client's most recent surgery (this Fall), he developed a hematoma, causing him to flat line for several minutes and be hospitalized in Florida, where he resides. He was thereafter placed in an induced coma.

Since being removed from the coma, he has been undergoing therapy at the hospital to relearn communication skills and muscle use, and I have thus been unable to secure his acquiescence, or get a release signed.

It is impossible to know whether our client will make a full recovery, or remain in a disabled state. If the latter, he may require a guardian or need a Supplemental Needs Trust.

Due to the tendering of their policy, it doesn't appear that the carrier has retained counsel to put in an answer or appear Monday.  In an effort to avoid communicating with the Court Ex

Parte, I have left Ms. Cuevas' a voicemail at 516-496-5180. We have also sent a copy of this letter to Ms. Cuevas at 15162138453@faxmail.com. We have not gotten a response as of yet.

No prior requests for an adjournment have been made.

Thank you in advance for your courtesy. I will be out of town for the holiday beginning this evening, but I will be getting emails and communicating with my office.

Have a good Thanksgiving.

Respectfully submitted,

SAKKAS, CAHN & WEISS, LLP

ADAM D. CAHN, ESQ.