**SAKKAS CAHN & WEISS LLP**
**SCW**

110 East 42nd Street, Suite 1508
New York, N.Y. 10017
Tel: (212)571-7171
Fax: (212)571-7174
acahn@scwinjurylaw.com

The case is stayed.  The parties shall file a status report on January 5, 2026, and on the first Monday of every two months thereafter (starting on March 2, 2026).
Date: December 11, 2025

**Filed Via ECF**
United States District Court
Attn.: Hon.  Lewis J. Liman, USDJ
500 Pearl Street, Room 1620
New York, NY 10007

SO ORDERED.

LEWIS J. LIMAN
United States District Judge

Re:    Holloway, James v. Regan, Ann Marie
Case No.:    1:25-CV-06887-LJL

Dear Justice Liman:

I am writing pursuant to your *Individual Practices in Civil Cases*, Rule 1.B.

By your order of November 26, 2025 (ECF Doc. No. 10) the parties were directed to show cause by December 5, 2025 why this matter should not be stayed sine die with reports every two months whether the stay may be lifted.

Thereafter my law partner, Matthew Sakkas, filed a letter motion (ECF Doc. No. 11 and ECF Doc. No. 12) requesting an additional week to file show cause why the matter should not be stayed. You granted the extension.

I am writing to advise the Court that I will not be filing a motion to show cause why the case should not be stayed.

After inquiry with my client's family, a stay of this matter is appropriate. Briefly, my client is recovering from a serious medical event, related to injuries he sustained in the incident which is the subject of this case.

I have not yet been able to communicate directly with my client. But I am advised that he is recovering quickly, and may be able to communicate with me in a matter of weeks. Fortunately, there is no indication at present that my client has suffered any cognitive deficits that limit his capacity.

I have also been contacted by defense counsel Shawn M. Weakland, who will be appearing for the defendant. Mr. Weakland has requested an extension of time to file his client's appearance. I have consented to the extension and advised that the case is likely

December 10, 2025

to be stayed, such that an appearance by the defendant won't be necessary while the stay is in effect.

I will continue to be in communication with my client's family, and my client when he is able. And I will file any status reports as directed by the Court.

Very Truly Yours,

*Adam D. Cahn*

Adam D. Cahn

CC:
**Sent Via Email To:** sweakland@pmtlawfirm.com
Pillinger Miller Tarallo
Attn.: Shawn M. Weakland
232 Madison Avenue, Suite 403 New York, NY 10016